## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

RANDY A. HART,

       Plaintiff,

v.                                CASE NO.  4:17cv308-RH/CAS

ANNA BETH SEGREE,

       Defendant.

_____/


## <u>ORDER OF DISMISSAL</u>


      This case is before the court on the magistrate judge's report and

recommendation, ECF No. 7. No objections have been filed.

      As noted in the report and recommendation, the plaintiff has at least three

"strikes" under 28 U.S.C. § 1915(g) and has not alleged that he is in imminent

danger of serious physical injury. The plaintiff therefore cannot proceed *in forma*

*pauperis*.  Accordingly,

      IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The clerk must enter judgment stating, "The complaint is dismissed without prejudice based on 28 U.S.C. § 1915(g)." The clerk must close the file.

SO ORDERED on August 30, 2017.

s/Robert L. Hinkle
United States District Judge